UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JIMMY SEE (DOC#105342)

VERSUS

JAMES D. CALDWELL, JR., ET AL

CIVIL ACTION

NO. 10-314-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 9, 2010 (doc. no. 15) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Petition for Writ of Habeas Corpus (doc. no.1) filed by Jimmy See is DISMISSED WITH PREJUDICE.

Baton Rouge, Louisiana, this ____ day of September, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE